NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NIKE, INC.,**
*Appellant*

**v.**

**LULULEMON ATHLETICA CANADA INC., LULULEMON USA INC.,**
*Appellees*

---

2024-2074

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00180.

---

**JUDGMENT**

---

AARON PATRICK BOWLING, Arnold & Porter Kaye Scholer LLP, Chicago, IL, argued for appellant.  Also represented by MICHAEL JOSEPH HARRIS, CHRISTOPHER J. RENK; MICHAEL J. SEBBA, Los Angeles, CA.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for appellees.  Also represented by SETH W. LLOYD; MEHRAN ARJOMAND, ALEX S. YAP, Los Angeles, CA; KYLE W.K. MOONEY, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2026
Date

Jarrett B. Perlow
Clerk of Court